UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

GIORGIO McKINNEY,

Defendant.

Case No. CR18-96 RSM

**DETENTION ORDER**

The Court conducted a detention hearing under 18 U.S.C. § 3142(f), and based upon the findings and reasons below finds there are no conditions or combination of conditions defendant can meet which will reasonably assure defendant's appearance and the safety of other persons and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1) Defendant is on federal supervised release in CR10-285 RSM for being a felon in possession of a firearm. His performance on supervision which began in 2014 has been poor. In 2016 the Court revoked his supervision and imposed jail time and 34 months of additional supervision. In 2015, defendant was convicted in King County Superior Court and sentenced to 25 months of imprisonment. In January 2018, defendant was arrested in this case, while on supervision, and faces felon in possession of firearm charges.

DETENTION ORDER - 1

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 9th day of May, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge