The Honorable Ricardo S. Martinez

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10 | UNITED STATES OF AMERICA,

11 |               Plaintiff,

12

13 |          v.

14

15 | GIORGIO MCKINNEY,

16 |               Defendant.

NO. CR18-096 RSM

ORDER GRANTING MOTION TO
SEAL EXHIBIT A TO
GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION FOR
COMPASSIONATE RELEASE
PURSUANT TO 18 U.S.C.
§ 3582(c)(1)(A)

17

18       This matter has come before the Court on the motion to seal Exhibit A to

19 Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18

20 U.S.C. § 3582(c)(1)(A).   The Court has reviewed the motion and records in this case and

21 finds there are compelling reasons to permit the filing under seal of the Exhibit A to

22 Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18

23 U.S.C. § 3582(c)(1)(A), due to the sensitive information contained therein.

24 //

25 //

26 //

27 //

28 //

Sealing Order
*United States v. McKinney* CR18-096 RSM

- 1 -

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    IT IS HEREBY ORDERED that Exhibit A to Government's Response to

2  Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)

3  be filed under seal.

4    DATED this 7th day of October, 2020.

5

6

7

8                                              RICARDO S. MARTINEZ

9                                              CHIEF UNITED STATES DISTRICT JUDGE

10

11

12  Presented by:

13  */s/ Vincent T. Lombardi*

14  VINCENT T. LOMBARDI
   JESSICA M. MANCA

15  Assistant United States Attorneys

16

17

18

19

20

21

22

23

24

25

26

27

28

Sealing Order                                    - 2                        UNITED STATES ATTORNEY
*United States v. McKinney* CR18-096 RSM                                    700 STEWART STREET, SUITE 5220
                                                                            SEATTLE, WASHINGTON 98101
                                                                            (206) 553-7970