The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-096 RSM |
|---|---|
| Plaintiff | |
| v. | **ORDER TO SEAL** |
| GIORGIO MCKINNEY, | |
| Defendant | |

Based upon the motion of the United States, and the representations made therein, it is HEREBY ORDERED that:

The Government's Exhibits 1, 2, and 3 relating to the May 31, 2023, supervised release hearing shall be FILED UNDER SEAL to protect the privacy and safety of the witnesses and are not permitted to be made publicly available.

IT IS SO ORDERED this 17th day of May, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney

Order to Seal - 1
*United States v. McKinney*, CR18-096 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970